# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| STANLEY SIMMONS, | ) | Civil Action No. 4:15-cv-02618-JMC-TER |
|     Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

Upon consideration of the Defendant's Motion to Remand (ECF No. 17) and any response thereto, it is hereby

**ORDERED** that the Defendant's Motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that final judgment of this court be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

*/s/ J. Michelle Childs*
United States District Judge

March 2, 2016
Columbia, South Carolina